UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Daniel Reppucci</u>,
    Plaintiff

    v.                                  Case No. 12-cv-316-SM

<u>Winchester Police Department, et al.</u>,
    Defendants

## <u>O R D E R</u>

    Re:  (Document No. 22), Plaintiff's Partially Assented-to Motion for Leave to Amend Complaint for Damages

    <u>Ruling</u>:  Granted.  As the parties seem to agree that the amended complaint merely pleads additional facts to support claims made, does not add any new claims, and drops a claim, the pending motions to dismiss (to which objections have been filed) need not be refiled relative to the amended complaint.  The court will consider the motions to dismiss as addressing the amended complaint.  The parties may, of course supplement the relevant pleadings if they think it necessary.  Within 48 hours counsel shall electronically refile the pleading attached to the Motion to Amend using the appropriate event in CMECF.


                                                            _____
                                                            Steven J. McAuliffe
                                                            United States District Judge

Date:  January 16, 2013

cc:  Brian J. S. Cullen, Esq.
     Stephen T. Martin, Esq.
     Daniel P. Schwarz, Esq.